FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2022 AUG 17  PM 12: 12

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 22-1360 MIS |
| ) | |
| vs. ) | 18 U.S.C. § 242: Deprivation of Right. |
| ) | |
| **OSCAR ORRANTIA,** ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury Charges:

On or about June 18, 2019, in Luna County, in the District of New Mexico, the defendant, **OSCAR ORRANTIA**, while acting under color of law, willfully deprived John Doe of the right, secured and protected by the Constitution and laws of the United States, to be free from unreasonable seizures and this offense resulted in bodily injury to John Doe.

In violation of 18 U.S.C. § 242.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
08/12/22 2:44PM